NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALVIRT, LLC,**

*Plaintiff-Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Defendant-Appellee*

---

2016-2669

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:15-cv-00963-TSE-MSN, Judge T. S. Ellis, III.

---

**JUDGMENT**

---

PATRICK RICHARD DELANEY, Devlin Law Firm, Wilmington, DE, argued for plaintiff-appellant.

MICHAEL SUMNER FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for defendant-appellee. Also represented by THOMAS W. KRAUSE, PHILIP J. WARRICK.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and BRYSON, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| August 14, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |